IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATALIIA HOLOVCHAK, et al.**,<br><br>Plaintiffs,<br><br>*v.*<br><br>**KENNETH T. CUCCINELLI, et al.,**<br><br>Defendants. | CIVIL ACTION<br><br>NO. 20-210-KSM |

## ORDER

**AND NOW**, this 6th day of August, 2020, upon consideration of Defendants' Motion to Sever, Transfer, or Dismiss (Doc. No. 19) and Plaintiffs' response brief (Doc. No. 15), following a telephonic status conference held on July 27, 2020, and for the reasons set forth in the Memorandum, it is hereby **ORDERED** as follows:

1. Plaintiffs Holovchak and Vasconcelo's claims are **DISMISSED with prejudice** because they are **moot**.

2. Defendant National Visa Center is **DISMISSED** as a party to this action.

3. Defendants' motion is **GRANTED** with respect to transfer to the District for the District of Columbia. Accordingly, this case is **TRANSFERRED** to the District of Columbia under 28 U.S.C. § 1404(a) for all purposes. The Clerk of the Court shall close the case in this District.

4. Because we transfer the entirety of the case to the District of Columbia, we decline to consider Defendants' other arguments in favor of severance and dismissal in its Motion.[1]

---

[1] For these same reasons, we also deny without prejudice Plaintiffs' Motion for Expedited Discovery

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.

---

(Doc. No. 15).